

# THOMPSON & SKRABANEK, PLLC
## NEW YORK

March 2, 2021

<u>VIA CM/ECF</u>

To:  Hon. Katharine H. Parker
     United States District Court
     Southern District of New York
     500 Pearl Street
     New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2021
```

Re:  *JERMAINE ALLEN vs. INDUSTRIAL MEDICAL SUPPORT, INC. et. al.,*
     **Docket No. 1:20-cv-06311-PAE (Request to Adjourn Conference)**

Dear Judge Parker,

We represent the Defendants in the above-captioned matter. We are writing to request an adjournment of the telephonic conference scheduled for tomorrow, March 3, at 11:30 a.m., for two reasons:

1. The parties have reached a settlement in principal but are still working through terms, and (jointly) submit that a later conference would be more productive, to allow the parties to fully align on settlement terms such that the conference can be used to discuss issues related to the standards applicable to this case under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2017).

2. Defendants' counsel is short-staffed and facing a scheduling conflict.

<u>In light of the foregoing, we respectfully request an adjournment of two or three weeks to a time preferred by the Court. Plaintiffs' counsel has consented to this request.</u>

Respectfully,

*/s/ John J. Thompson*

John J. Thompson, Esq.
THOMPSON & SKRABANEK, PLLC
42 W. 38th Street, Suite 1002,
New York, NY 10018

T: (646) 568-4280 ext. 701
M: (206) 920-3018
jt@ts-firm.com

cc: All Counsel of Record (via ECF)

The March 3, 2021 conference scheduled to take place in this case is hereby adjourned to March 18, 2021 at 11:45 a.m. The parties are directed to call in to the Court's conference line at the scheduled time. Please dial (866) 434-5269, access code: 4858267.

SO ORDERED:

*/s/ Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

Date: March 2, 2021