

March 17, 2021

<u>VIA CM/ECF</u>

To:   Hon. Katharine H. Parker
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, New York 10007

> The status conference scheduled for March 18, 2021 in this case is hereby adjourned to April 15, 2021 at 10:00 a.m.  Counsel are directed to call the Court's conference line at the scheduled time.  Please dial (866) 434-5269, access code: 4858267.
>
> SO ORDERED:
>
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> Date: 3/17/2021

Re:   *JERMAINE ALLEN vs. INDUSTRIAL MEDICAL SUPPORT, INC. et. al.,*
      **Docket No. 1:20-cv-06311-PAE (Request to Adjourn Conference)**

Dear Judge Parker,

    We represent the Defendants in the above-captioned matter.  We are writing to request an adjournment of the telephonic conference scheduled for tomorrow, March 18, at 11:45 a.m., for two reasons:

1. The parties are still working through a few minor negotiation points for a settlement agreement, and (jointly) submit that a later conference would be more productive as it would allow the parties to submit a fairness letter in advance of such conference, pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2017).

2. Plaintiffs' counsel is facing a scheduling conflict tomorrow (as he advised me on a phone conversation this afternoon).

<u>In light of the foregoing, we respectfully request an adjournment of approximately three weeks to a time preferred by the Court.  Plaintiffs' counsel has consented to this request. This is the second joint request for an adjournment of this conference.</u>

                            Respectfully,

                            John J. Thompson, Esq.
                            THOMPSON & SKRABANEK, PLLC

42 W. 38th Street, Suite 1002,
New York, NY 10018
T: (646) 568-4280 ext. 701
M: (206) 920-3018
jt@ts-firm.com

cc:    All Counsel of Record (via ECF)