LAW OFFICES OF
## Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO
DIANA FABI SAMSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/14/2021

**MEMO ENDORSED**

Hon. Katharine Parker
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007
<u>Filed via ECF</u>

> **APPLICATION GRANTED:** In light of the parties' representation that they have settled this matter, the Status Conference scheduled for <u>April 15, 2021</u> is hereby adjourned sine die. The parties shall submit the settlement for Cheeks approval by 4/30/2021.
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 04/14/2021

April 14, 2021

**RE:   Jermaine Allen vs. Industrial Medical Support, Inc.**
<u>**Docket No. 1:20-cv-06311-PAE-KP (Status Update)**</u>

Dear Judge Parker:

Please allow this correspondence to serve as an update on the above referenced matter.

The parties are pleased to inform the Court the parties have finalized a settlement in principal and are exchanging proposed settlement documents to resolve this matter. The parties anticipate submitting the settlement to the Court for a *Cheeks* review within the next two (2) weeks.

This matter is currently scheduled for a status conference on April 15, 2021. In light of the above, the parties request that status conference be adjourned pending the submission of the settlement documents for approval.

I thank the Court for its attention to this matter.

Respectfully,

_____/S/_____
Lawrence Spasojevich, Esq.
*Attorney for Plaintiff*